IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, et al., | |
| Plaintiffs, | No. 2:20-CV-1545-WSH |
| v. | |
| DEPARTMENT OF LABOR, et al. | |
| Defendants. | |
| AGEWELL HOME HELPERS, INC. | |
| Plaintiff, | No. 2:20-CV-1773-WSH |
| v. | |
| DEPARTMENT OF LABOR, et al. | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE OPPOSITION TO MOTION TO DISMISS**

Plaintiffs, Intra-National Home Care, LLC ("Intra-National"), Americare Home Healthcare Services, LLC ("Americare"), and Agewell Home Helpers, Inc. ("Agewell"), respectfully request this Honorable Court grant the within Motion for Extension of Time to File Opposition to Motion to Dismiss, and set forth the following:

1. The Complaint on behalf of Plaintiffs Intra-National and Americare was filed on October 9, 2020. (ECF 1).

2. The Complaint on behalf of Plaintiff Agewell was filed on November 13, 2020. (ECF 1).

3. The cases were consolidated at 2:20-CV-1545 on December 11, 2020. (ECF 12 (20-1525); ECF 11 (20-1773)).

4. The Defendants filed a Motion to Dismiss and memorandum of law in support on January 25, 2021. (ECF 17).

5. Plaintiffs' response is currently due February 15, 2021.

6. Plaintiffs respectfully request an extension of time to respond to the Motion to Dismiss to March 1, 2021.

7. The Defendants does not oppose this request.

8. The Defendants request that any reply to the opposition be due March 19, 2021.

9. The Plaintiffs do not oppose the extension for the reply.

WHEREFORE, the Plaintiffs respectfully request this Honorable Court grant the within Motion for Extension of Time to File Opposition to Motion to Dismiss and enter an order in accordance with the attached proposed order.

    Respectfully submitted,

    *s/ Bruce C. Fox*_____
    Bruce C. Fox, Esquire (Pa. ID No. 42576)
    Allison N. Genard, Esquire (Pa. ID No. 311253)
    OBERMAYER REBMANN
    MAXWELL & HIPPEL LLP
    525 William Penn Place, Suite 1710
    Pittsburgh, PA 15219
    *bruce.fox@obermayer.com*
    *Allison.genard@obermayer.com*

    John R. Linkosky, Esq.
    715 Washington Avenue
    Carnegie, Pa. 15106
    I.D, # 66011
    linklaw@comcast.net

    *Counsel for Plaintiffs*