IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, and AMERICARE HOME HEALTHCARE SERVICES, LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>    *Defendants*, | No. 2:20-cv-01545-WSH |
| AGEWELL HOME HELPERS, Inc.,<br><br>    *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>    *Defendants*. | No. 2:20-cv-01773-WSH |

**MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Rule 83.2 B of the Local Rules of the United States District Court for the Western District of Pennsylvania, I, Michael Buschbacher, move this Court for admission to appear *pro hac vice* on behalf of the plaintiffs Intra-National Home Care, LLC and Americare Home Healthcare Services, LLC.

I am counsel with the law firm Boyden Gray & Associates PLLC, located at 801 17th Street N.W., Suite 350, Washington D.C. I am a member in good standing

of the bars of the District of Columbia; Indiana; the United States Courts of Appeals for the District of Columbia Circuit, the Third Circuit, the Sixth Circuit; the United States District Courts for the District of Columbia, the Northern District of Indiana, and the Southern District of Indiana. There are no disciplinary proceedings pending against me in any jurisdiction.

I certify that I have read, know, and understand the local rules of the United States District Court for the Western District of Pennsylvania.

Dated: May 19, 2021                     Respectfully submitted,

                                        /s/ Michael Buschbacher
                                        Michael Buschbacher
                                        Boyden Gray & Associates PLLC
                                        801 17th St. NW, Suite 350
                                        Washington, D.C. 20006
                                        Tel: (202) 955-0620
                                        Fax: (202) 955-0621
                                        buschbacher@boydengrayassociates.com
                                        DC 1048432