# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, and AMERICARE HOME HEALTHCARE SERVICES, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>*Defendants*, | No. 2:20-cv-01545-WSH |
| AGEWELL HOME HELPERS, Inc.,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>*Defendants*. | No. 2:20-cv-01773-WSH |

**AFFIDAVIT OF MICHAEL BUSCHBACHER IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

I, Michael Buschbacher, am counsel with the law firm Boyden Gray & Associates PLLC, located at 801 17th Street N.W., Suite 350, Washington D.C.

My primary practice is in the District of Columbia, and my bar identification number for the District of Columbia is 1048432. I am a member in good standing of the bars of the District of Columbia; Indiana; the United States Courts of Appeals for the District of Columbia Circuit, the Third Circuit, the Sixth Circuit; the United

States District Courts for the District of Columbia, the Northern District of Indiana, and the Southern District of Indiana. There are no disciplinary proceedings pending against me in any jurisdiction.

I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania. I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2021

Respectfully submitted,

/s/ Michael Buschbacher
Michael Buschbacher
Boyden Gray & Associates PLLC
801 17th St. NW, Suite 350
Washington, D.C. 20006
Tel: (202) 955-0620
Fax: (202) 955-0621
buschbacher@boydengrayassociates.com
DC 1048432