IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, and AMERICARE HOME HEALTHCARE SERVICES, LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>    *Defendants*, | No. 2:20-cv-01545-WSH |
| AGEWELL HOME HELPERS, Inc.,<br><br>    *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>    *Defendants*. | No. 2:20-cv-01773-WSH |

## [PROPOSED] ORDER

AND NOW, this 19th day of May, 2020, upon consideration of the Motion for Admission *Pro Hac Vice* of Michael Buschbacher, it is hereby ORDERED that Michael Buschbacher is ADMITTED *pro hac vice* for the purpose of representing plaintiffs Intra-National Home Care, LLC, and Americare Home Healthcare Services, LLC, in the above-captioned matter.

BY THE COURT:

_____
The Honorable Scott W. Hardy