## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

INTRA-NATIONAL HOME CARE, LLC,
and AMERICARE HOME HEALTHCARE
SERVICES, LLC,

     *Plaintiffs*,

     v.

DEPARTMENT OF LABOR, et al.,

     *Defendants*,

No. 2:20-cv-01545-WSH

AGEWELL HOME HELPERS, Inc.,

     *Plaintiff*,

     v.

DEPARTMENT OF LABOR, et al.,

     *Defendants*.

No. 2:20-cv-01773-WSH

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Rule 83.2 B of the Local Rules of the United States District Court for the Western District of Pennsylvania, I, Jonathan Berry, move this Court for admission to appear *pro hac vice* on behalf of the plaintiffs Intra-National Home Care, LLC and Americare Home Healthcare Services, LLC.

I am a partner with the law firm Boyden Gray & Associates PLLC, located at 801 17th Street N.W., Suite 350, Washington D.C. I am a member in good standing

of the bars of the District of Columbia; Virginia; the United States Courts of

Appeals for the District of Columbia Circuit, the Fourth Circuit, the Fifth Circuit,

the Federal Circuit; and the United States District Court for the Eastern District of

Virginia. There are no disciplinary proceedings pending against me in any

jurisdiction.

       I certify that I have read, know, and understand the local rules of the United

States District Court for the Western District of Pennsylvania.


Dated: May 19, 2021              Respectfully submitted,

                             /s/ Jonathan Berry
                             Jonathan Berry
                             Boyden Gray & Associates PLLC
                             801 17th St. NW, Suite 350
                             Washington, D.C. 20006
                             Tel: (202) 955-0620
                             Fax: (202) 955-0621
                             berry@boydengrayassociates.com
                             DC 1016352