✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  Western  | **District of** | Pennsylvania |

| Intra-National Home Care, LLC, and Americare Home Healthcare Services, LLC and Agewell Home Helpers, Inc. | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Plaintiff(s),

V.

U.S. Deparment of Labor

Defendant(s),

CASE NUMBER: 2:20-cv-1545-WSH and 2:20-cv-1773-WSH (Closed)

Notice is hereby given that, subject to approval by the court, Plaintiffs Intra-National Home Care Services, LLC and Americare Home Healthcare Services, LLC and Agewell Home Helpers, Inc. substitutes
(Party(s) Name)

George C Thompson, Esquire , State Bar No. 316626 as counsel of record in
(Name of New Attorney)

place of   Allison N. Genard, Esquire   .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Obermayer Rebmann Maxwell & Hippel LLP |
| Address: | 525 William Penn Place, Suite 1710, Pittsburgh, PA  15219 |
| Telephone: | (412) 566-1500     Facsimile   (412) 281-1530 |
| E-Mail (Optional): | george.thompson@obermayer.com |

I consent to the above substitution.

Date: 7/30/2021

Intra-National Home Care, LLC and Americare Home Healthcare Services, LLC
Agewell Home Helpers, Inc.
(Signature of Party(s))

I consent to being substituted.

Date: 7/30/2021

Allison N. Genard, Esquire
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 7/30/2021

George C. Thompson, Esquire
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**