IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF LABOR, et al. <br><br> Defendants. | No. 2:20-CV-1545-WSH |
| AGEWELL HOME HELPERS, INC. <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF LABOR, et al. <br><br> Defendants. | No. 2:20-CV-1773-WSH |

## PARTIES' JOINT NOTICE OF RECENT DEVELOPMENT

The parties jointly give notice of the recent filing of two enforcement actions against two of the Plaintiffs in this case: *Walsh v. Intra-National Homecare*, No. 2:21-cv-1391-DSC (W.D. Pa.), filed on October 15, 2021, and *Walsh v. Americare Health Services, LLC et al.*, No. 2:21-cv-05076-EAS-KAJ (S.D. Ohio), filed on October 19, 2021. Defendant previously gave notice of the earlier filed enforcement action *Stewart v. Agewell Home Helpers, Inc.*, No. 2:21-cv-00108- DSC (W.D. Pa.), on January 26, 2021. *See* Dkt. No. 18.

*Walsh v. Intra-National Homecare*, No. 2:21-cv-1391-DSC, is an action brought under the Fair Labor Standards Act in which the Secretary of Labor seeks injunctive

relief and a money judgment against Intra-National, one of the plaintiffs in these consolidated actions, and an individual sued as an owner, officer, and manager of Intra-National. The complaint in *Intra-National* is attached as Exhibit A for the Court's reference.

*Walsh v. Americare Health Services, LLC et al.*, No. 2:21-cv-05076-EAS-KAJ, is an action brought under the Fair Labor Standards Act in which the Secretary of Labor seeks injunctive relief and a money judgment against Americare, one of the plaintiffs in these consolidated actions, and an individual sued as an owner, officer, and manager of Americare. The complaint in *Americare* is attached as Exhibit B for the Court's reference.

Dated: November 17, 2021

                                                     Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Deputy Assistant Attorney General<br>Civil Division<br><br>BRAD P. ROSENBERG<br>Assistant Director<br>Federal Programs Branch<br><br>/s/ Zachary A. Avallone<br>Zachary A. Avallone<br>(DC Bar No. 1023361)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 514-2705<br>Fax: (202) 616-8470<br>zachary.a.avallone@usdoj.gov | *s/ Bruce C. Fox*<br>Bruce C. Fox, Esquire (Pa. ID No. 42576)<br>OBERMAYER REBMANN<br>MAXWELL & HIPPEL LLP<br>525 William Penn Place, Suite 1710<br>Pittsburgh, PA 15219<br>*bruce.fox@obermayer.com*<br><br>John R. Linkosky, Esq.<br>715 Washington Avenue<br>Carnegie, Pa. 15106<br>I.D, # 66011<br>linklaw@comcast.net<br><br>Jonathan Berry (DC 1016352)<br>Michael Buschbacher (DC 1048432)<br>Jordan Smith,(DC 1600814)<br>Boyden Gray & Associates<br>801 17th Street, NW #350<br>Washington, DC 20006 |

*Counsel for Defendant*                    (202) 955-0620
                                           berry@boydengrayassociates.com

                                           *Counsel for Plaintiffs*