IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, *et al.*, | |
| *Plaintiffs*, | CIVIL ACTION |
| v. | No. 2:2020-cv-01545-WSH |
| UNITED STATES DEPARTMENT OF LABOR, *et al.*, | |
| *Defendants*. | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.2(C), attorney Jordan E. Smith withdraws her appearance as counsel for plaintiffs Intra-National Home Care LLC and American Home Healthcare Services, LLC. Jordan E. Smith is no longer with Boyden Gray & Associates PLLC. Intra-National Home Care LLC and American Home Healthcare Services, LLC remain represented by Michael Buschbacher, who has entered an appearance in this case.

Dated: March 15, 2022.                                    Respectfully submitted,

*/s/ Jordan E. Smith*
Jordan E. Smith
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 240-2358
jsmith@schaerr-jaffe.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

.

                                                 */s/Jordan E. Smith*
                                                 Jordan E. Smith