IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, and AMERICARE HOME HEALTHCARE SERVICES, LLC, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 20-1545 |
| UNITED STATES DEPARTMENT OF LABOR, et al., | )<br>)<br>) |
| Defendants. | ) |
| AGEWELL HOME HELPERS, INC. d/b/a AGEWELL CAREGIVER SERVICE, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-1773 |
| UNITED STATES DEPARTMENT OF LABOR, et al., | )<br>)<br>) |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this 8th day of April, 2022, upon consideration of Plaintiffs' Motion to Consolidate (Docket No. 59), as well as the briefs filed by the parties in support thereof and in opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' motion is DENIED.

/s/ *W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record