UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

_____

No. 22-2628
_____

INTRA-NATIONAL HOME CARE, LLC;
AMERICARE HOME HEALTHCARE SERVICES, LLC

v.

UNITED STATES DEPARTMENT OF LABOR;
SECRETARY UNITED STATES DEPARTMENT OF LABOR;
ADMINISTRATOR UNITED STATES DEPARTMENT OF
LABOR WAGE AND HOUR DIVISION

(W.D. Pa. No. 2-20-cv-01545)

AGEWELL HOME HELPERS, INC. d/b/a AGEWELL CAREGIVER SERVICE

v.

UNITED STATES DEPARTMENT OF LABOR;
SECRETARY UNITED STATES DEPARTMENT OF LABOR;
ADMINISTRATOR UNITED STATES DEPARTMENT OF
LABOR WAGE AND HOUR DIVISION

(W.D. Pa. No. 2-20-cv-01773)

Intra-National Home Care, LLC;
Americare Home Healthcare Services, LLC;
Agewell Home Helpers, Inc.,
    Appellants
_____

On Appeal from the United States District Court for the
Western District of Pennsylvania
District Court No. 2-20-cv-01773
District Judge: Honorable W. Scott Hardy

_____

Argued: July 13, 2023

Before: PHIPPS, McKEE, RENDELL, *Circuit Judges*

_____

JUDGMENT

_____

This case came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was argued on July 13, 2023.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this court that the order entered by the District Court on July 20, 2022 is VACATED and REMANDED.

Costs shall not be taxed.

All of the above in accordance with the Opinion of this Court.

                                ATTEST:

                                s/ Patricia S. Dodszuweit
                                Clerk

Dated: September 6, 2024