# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

INTRA-NATIONAL HOME CARE, LLC,  )
and AMERICARE HOME HEALTHCARE  )
SERVICES, LLC,  )
                                                              )
              Plaintiffs,  )
                                                                 )
            v.  )     Civil Action No. 20-1545
                                                                )
UNITED STATES DEPARTMENT OF  )
LABOR, et al.,  )
                                                               )
              Defendants.  )

AGEWELL HOME HELPERS, INC. d/b/a  )
AGEWELL CAREGIVER SERVICE,  )
                                                               )
             Plaintiff,  )
                                                                  )
            v.  )     Civil Action No. 20-1773
                                                                )
UNITED STATES DEPARTMENT OF  )
LABOR, et al.,  )
                                                               )
             Defendants.  )

## **ORDER OF COURT**

AND NOW, this 29th day of October, 2024, the Court of Appeals for the Third Circuit having issued an order vacating this Court's dismissal order in the above-captioned matter and remanding the case to this Court for further proceedings consistent with its opinion in *Intra-National Home Care, LLC v. United States Department of Labor*, No. 22-2628, 2024 WL 4100245 (3d Cir. Sept. 6, 2024), and the Supreme Court's opinion in *Corner Post, Inc. v. Board of Governors of the Federal Reserve System*, 603 U.S. ___, 144 S. Ct. 2440 (2024),

IT IS HEREBY ORDERED that, as enforcement proceedings are pending in other courts, Plaintiffs shall show cause why this Court should not exercise its discretion to dismiss the case before it, based on the core issue in this matter being "'pending in litigation elsewhere.'" *Intra-National Home Care, LLC*, 2024 WL 4100245, at *3 (quoting *Abbott Lab'ys v. Gardner*, 387 U.S. 136, 155 (1967)).  Accordingly, Plaintiffs shall file their brief, not to exceed ten (10) pages, by **December 3, 2024**; Defendant shall file its response thereto, not to exceed ten (10) pages, by **January 3, 2025**; and Plaintiffs shall file their reply, not to exceed five (5) pages, by **January 21, 2025**.

/s/ *W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record