UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, and AMERICARE HOME HEALTHCARE SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | No. 2:20-cv-01545-WSH |
| AGEWELL HOME HELPERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | No. 2:20-cv-01773-WSH |

**MOTION FOR ADMISSION *PRO HAC VICE* OF CYNTHIA LIAO**

Cynthia Liao, undersigned counsel for Defendants, hereby moves that Cynthia Liao be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Cynthia Liao filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Date: February 24, 2025			Respectfully submitted,

			YAAKOV M. ROTH
			Acting Assistant Attorney General

			JULIE STRAUS HARRIS
			Assistant Director, Federal Programs Branch

			*/s/ Cynthia Liao*
			CYNTHIA LIAO (CA Bar No. 301818)
			Trial Attorney
			U.S. Department of Justice
			Civil Division, Federal Programs Branch
			1100 L St. NW
			Washington, D.C. 20005
			(202) 531-1325
			cynthia.f.liao@usdoj.gov

			*Counsel for Defendants*