UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, and AMERICARE HOME HEALTHCARE SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | No. 2:20-cv-01545-WSH |
| AGEWELL HOME HELPERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | No. 2:20-cv-01773-WSH |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES WEN**

James Wen, undersigned counsel for Defendants, hereby moves that James Wen be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of James Wen filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Date: April 18, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JACQUELINE C. SNEAD
Assistant Director, Federal Programs Branch

*/s/ James Wen*
JAMES WEN (NY Bar No. 5422126)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
(202) 616-8185
james.j.wen@usdoj.gov

*Counsel for Defendants*