UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, and AMERICARE HOME HEALTHCARE SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | No. 2:20-cv-01545-WSH |
| AGEWELL HOME HELPERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | No. 2:20-cv-01773-WSH |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION *PRO HAC VICE* OF JAMES WEN**

Before the Court is the Motion for Admission *Pro Hac Vice* for James Wen. The Court hereby GRANTS the Motion.

**SO ORDERED.**


Dated: _____          _____
                                W. SCOTT HARDY
                                United States District Judge