IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants*. | No. 2:20-cv-01545-WSH |

## MOTION TO WITHDRAW JONATHAN BERRY AS COUNSEL

Pursuant to Local Rule 83.2(C), Jonathan Berry hereby respectfully requests that he be withdrawn as counsel for Plaintiffs Intra-National Home Care, LLC, and American Home Healthcare Services, LLC, because he will be leaving his employment with Boyden Gray PLLC. Plaintiffs Intra-National Home Care, LLC, and American Home Healthcare Services, LLC will continue to be represented by Michael Buschbacher, who has entered an appearance in this case.

Dated: October 16, 2025                    Respectfully submitted,

*/s/ Jonathan Berry*
Jonathan Berry (*pro hac vice*)
 (DC Bar No. 1016352)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
202-955-0618
jberry@boydengray.com

*Counsel for Plaintiffs Intra-National Home Care, LLC, and American Home Healthcare Services, LLC*

1

## **CERTIFICATE OF SERVICE**

I certify that on October 16, 2025, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

*/s/ Jonathan Berry*
Jonathan Berry
