# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Intra-National Home Care, LLC, et al. ) | Civil Action No. 2:20-cv-1545 |
| ) | |
| vs. ) | or |
| Department of Labor ) | |
| ) | Criminal Action No. _____ |
| ) | |

## DISCLOSURE STATEMENT

     Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

     Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Agewell Home Helpers, Inc._____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

| | |
|---|---|
| December 12, 2025 | /s/ Daniel McArdle Booker |
| Date | Signature of Attorney or Litigant |

Revision Date: November 1, 2016