IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC,<br><br>　　*Plaintiff*,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>　　*Defendants*. | No. 2:20-cv-01545-WSH |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES R. CONDE

James R. Conde, undersigned counsel for Plaintiff Intra-National Home Care, LLC, hereby moves that James R. Conde be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Intra-National Home Care pursuant to LCvR 83.2 and LCvR 83.3 and this Court's standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of James R. Conde herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: December 18, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ James R. Conde*
　　　　　　　　　　　　　　　　　　　James R. Conde (DC Bar No. 1031694)
　　　　　　　　　　　　　　　　　　　BOYDEN GRAY PLLC
　　　　　　　　　　　　　　　　　　　800 Connecticut Ave. NW, Suite 900
　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　202-955-0620
　　　　　　　　　　　　　　　　　　　jconde@boydengray.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Intra-National Home Care, LLC*

## CERTIFICATE OF SERVICE

I certify that on December 18, 2025, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

                                               */s/ James R. Conde*
                                               James R. Conde