## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants*. | No. 2:20-cv-01545-WSH |

### AFFIDAVIT OF JAMES R. CONDE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, James R. Conde, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Intra-National Home Care, LLC, pursuant to LCvR 83.2 and LCvR 83.3 and this Court's standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, James R. Conde, being duly sworn, do hereby depose and say as follows:

1. I am a Partner of the law firm Boyden Gray PLLC.

2. My business address is 800 Connecticut Ave. NW, Suite 900, Washington, DC 20006.

3. I am a member in good standing of the bars of the District of Columbia Court of Appeals; the Supreme Court of Virginia (Associate); the United States Supreme Court; the U.S. Court of Appeals for the First, Third, Fifth,

Sixth, Eight, Ninth, Eleventh, and D.C. Circuits; and the U.S. District Court for the District of Columbia.

4. My bar identification number for the D.C. Bar is 1031694 and for the Virginia Bar is 89085.

5. A current certificate of good standing from the District of Columbia Court of Appeals is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: December 18, 2025               Respectfully submitted,

*/s/ James R. Conde*
James R. Conde (DC Bar No. 1031694)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
202-955-0620
jconde@boydengray.com

*Counsel for Plaintiff Intra-National Home Care, LLC*

2