IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC,<br><br>  *Plaintiff*,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>  *Defendants*. | No. 2:20-cv-01545-WSH |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES R. CONDE**

 Before the Court is the Motion for Admission *Pro Hac Vice* for James R. Conde.

The Court hereby **GRANTS** the Motion.

  **SO ORDERED.**

Dated: December __, 2025       _____

                     Hon. W. Scott Hardy
                     United States District Judge