IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, and AMERICARE HOME HEALTHCARE SERVICES, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>*Defendants*. | No. 2:20-cv-01545-WSH |
| AGEWELL HOME HELPERS, Inc.,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>*Defendants*. | No. 2:20-cv-01773-WSH |

**CONSENT MOTION FOR LEAVE TO FILE AN OVERLENGHT BRIEF IN SUPPORT OF SUMMARY JUDGMENT**

Plaintiffs Intra-National Home Care, LLC, and Agewell Home Helpers, Inc. ("Plaintiffs"), through counsel, respectfully move that this Court extend the page limit applicable to Plaintiffs memorandum brief in support of summary judgment against Defendants, the U.S. Department of Labor, the Secretary of Labor, and the Administrator of the Wage & Hour Division ("Defendants"). Defendants consent to this motion.

Plaintiffs' motion for summary judgment is due on December 31, 2025. Pursuant to the Court's standing order, Plaintiffs' brief is limited to 25 pages. Because this case raises important questions of administrative law and statutory interpretation, to ensure adequate presentation,

Plaintiffs request that this Court grant leave to file a memorandum brief not to exceed 35 pages. Plaintiffs request that the same limit apply to Defendants' brief, and that any reply brief shall not exceed 17 pages.

| | |
|---|---|
| Memorandum Brief in Support of Summary Judgment | 35 pages |
| Response Brief | 35 pages |
| Reply Brief | 17 pages. |

Respectfully submitted,

Dated: December 22, 2025

/s/ Bruce C. Fox
Bruce C. Fox (PA 42576)
McCardle Booker (PA 209470)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
(412) 566-1500
bruce.fox@obermayer.com
mccardle.booker@obermayer.com

*Counsel for Plaintiffs Intra-National Home Care, LLC, and Agewell Home Helpers, Inc.*

/s/ James R. Conde
Michael B. Buschbacher
James R. Conde
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
Suite 900
WASHINGTON, DC 20006
(202) 955-0620
jconde@boydengray.com

*Counsel for Plaintiff Intra-National Home Care, LLC.*