IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>*Defendants*. | No. 2:20-cv-01545-WSH |
| AGEWELL HOME HELPERS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF LABOR, et al.,<br><br>*Defendants*. | No. 2:20-cv-01773-WSH |

**PLAINTIFFS' CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT**

Pursuant to Local Civil Rule 56.B.1, Plaintiffs Intra-National Home Care, LLC, and Agewell Home Helpers, Inc. ("Plaintiffs"), through counsel, hereby submit a concise statement of undisputed material facts in support of their motion for summary judgment.

1. Plaintiffs are licensed providers of in-home care services to customers within Pennsylvania pursuant to Pennsylvania's Medicaid Waiver Program, which is called Community Health Choices ("CHC"). App'x 1a, 15a.

2. Plaintiffs' customers require assistance with personal care and tasks of everyday living because of age or disability. App'x 1a, 15a.

3. Customers in CHC receive services according to a plan of care created by a managed care organization that ultimately reports to the Commonwealth of Pennsylvania. App'x 1a, 15a.

4. The customer (or their representative) typically chooses a provider—such as Intra-National—through which services will be provided. App'x 1a, 15a.

5. Plaintiffs' home-care aides serve the customers by primarily providing fellowship, protection, and care. App'x 1a, 15a.

6. Plaintiffs' home-care aides provide, for example, assistance with essential personal care tasks such as bathing, dressing, eating, toileting, transferring, and continence, as well as managing medications, supervising outdoor walks, and engaging in social activities, among other things. App'x 1a, 15a.

7. CHC reimburses Plaintiffs for home-care services in units of care, with a unit accounting for 15 minutes of care. App'x 1a, 15a.

8. The reimbursement rate is not adjusted to account for overtime. App'x 1a, 15a.

9. Plaintiffs' home-care aides often work in excess of 40 hours per week. App'x 2a, 16a.

10. Some of Plaintiffs' customers choose as their home-care aide an individual residing within their household, such as their son or daughter. App'x 2a, 16a.

11. The Secretary of Labor has filed a complaint under the FLSA against Plaintiffs for alleged violations of overtime and associated record-keeping requirements. App'x 2a, 16a.

12. The Secretary of Labor contends that the home-care aides are Plaintiffs' employees and persons "in domestic service for profit" covered by the 1974 FLSA Amendments. App'x 2a, 16a.

13. The Secretary of Labor alleges willful violations of the FLSA and seeks back wages, in addition to liquidated damages, and injunctive relief. App'x 2a, 16a.

14. The Secretary of Labor has also filed an administrative action seeking civil penalties against Plaintiffs. App'x 2a, 16a.

Respectfully submitted,

Dated: December 31, 2025

*/s/ Bruce C. Fox*
Bruce C. Fox (PA 42576)
McCardle Booker (PA 209470)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
(412) 566-1500
bruce.fox@obermayer.com
mccardle.booker@obermayer.com

*Counsel for Plaintiffs Intra-National Home Care, LLC, and Agewell Home Helpers, Inc.*

*/s/ James R. Conde*
Michael B. Buschbacher (DC 1048432)
James R. Conde (DC 1031694)
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com

*Counsel for Plaintiff Intra-National Home Care, LLC*