IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTRA-NATIONAL HOME CARE, LLC, *Plaintiffs*, v. DEPARTMENT OF LABOR, et al., *Defendants*. | No. 2:20-cv-01545-WSH |
| AGEWELL HOME HELPERS, INC., *Plaintiff*, v. DEPARTMENT OF LABOR, et al., *Defendants*. | No. 2:20-cv-01773-WSH |

**PLAINTIFFS' OPPOSED MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Intra-National Home Care, LLC and Agewell Home Helpers, Inc. ("Plaintiffs"), through counsel, respectfully move that this Court stay briefing on the motion for summary judgment filed by Defendants, the U.S. Department of Labor, the Secretary of Labor, and the Administrator of the Wage & Hour Division ("Defendants"). Dkt. 109. As the opening cross-briefs demonstrate, this case presents a pure question of law decided on an administrative record that can be fully resolved by deciding Plaintiffs' motion alone. The briefs address the same pure legal question regarding the validity of 29 C.F.R. § 552.109. If Plaintiffs' motion is granted, then Defendants' motion will be moot. Conversely, if Plaintiffs' motion is denied, then Defendants'

motion should be granted. There is no need for this Court to consider six cross-briefs when three briefs will due. Therefore, to conserve the Court's resources, as well as to protect the interests of Plaintiffs and taxpayers in avoiding unnecessary legal filings, Plaintiffs respectfully request that the Court stay briefing on Defendants' cross-motion. Plaintiffs' response is currently due on January 21, 2026.

Plaintiffs have conferred with Defendants, and Defendants oppose this motion.[1] Defendants, however, have provided no good reason to unnecessarily burden the Court, Plaintiffs, and taxpayers with six briefs (and related supporting materials) instead of three. After Plaintiff proposed a voluntary stay, Defendants noted that the briefing order allows them to file a motion and that they wish to file a reply brief. To accommodate Defendants' desire to have the last word, Plaintiffs offered to take a highly unusual course in an APA action and jointly stay briefing on Plaintiffs' motion instead if Defendants stipulate that denial of their motion would similarly require granting Plaintiffs' motion. Defendants, however, rejected this alternative approach as well, insisting on burdening the Court with six briefs, and burdening Plaintiffs with increased attorneys' fees that are straining Plaintiffs' limited resources. Defendants gave no further reason for insisting on this approach other than claiming that six cross-briefs is this Court's "desired approach." But this Court has never prescribed this duplicative approach to summary judgment, instead trusting responsible counsel to file cross-briefs if necessary. Here, as the opening briefs already filed demonstrate, it is unnecessary.

---

[1] Plaintiffs would have conferred with Defendants before filing initial briefs, but Defendants never put Plaintiffs on notice that they also intended to cross-move for summary judgment despite several email exchanges with counsel.

Therefore, in the interest of a "just, speedy, and inexpensive determination," Fed. R. Civ. 1, the Court should stay briefing on Defendants' motion and entertain briefing on Plaintiffs' motion. Plaintiffs willingly stipulate that the denial of Plaintiffs' motion will resolve every legal issue of any significance in this action and require no further briefing on Defendants' part. Of course, if this Court believes that six cross-briefs in this case will aid the Court's decisionmaking process, Plaintiffs are also ready to proceed in this manner and will meet the Court's briefing deadlines.

Respectfully submitted,

Dated: January 9, 2026

/s/ Bruce C. Fox
Bruce C. Fox (PA 42576)
McCardle Booker (PA 209470)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
(412) 566-1500
bruce.fox@obermayer.com
mccardle.booker@obermayer.com

*Counsel for Plaintiffs Intra-National Home Care, LLC, and Agewell Home Helpers, Inc.*

/s/ James R. Conde
Michael B. Buschbacher (DC 1048432)
James R. Conde (DC 1031694)
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
jconde@boydengray.com

*Counsel for Plaintiff Intra-National Home Care, LLC*