**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

INTRA-NATIONAL HOME CARE,
LLC, *et al.*,

     *Plaintiffs*,

          No. 2:20-CV-1545-WSH

    v.

DEPARTMENT OF LABOR, *et al.*

     *Defendants*.

AGEWELL HOME HELPERS, INC.

     *Plaintiff*,          No. 2:20-CV-1773-WSH

    v.

DEPARTMENT OF LABOR, *et al.*

     *Defendants*.

## NOTICE OF APPEARANCE

TO: Clerk of Court

     Kindly enter my appearance as additional counsel for Plaintiffs Intra-National Home Care, LLC, et al. and Agewell Home Helpers, Inc. in the above-captioned matter.

Dated: February 10, 2026       */s/ Salena E. Moran, Esquire*
                             Salena E. Moran, Esq.
                             Pa. ID 334676
                             salena.moran@obermayer.com
                             Obermayer Rebmann Maxwell & Hippel LLP
                             525 William Penn Place, Suite 1710
                             Pittsburgh, PA 15219
                             412-566-1500
                             412-281-1530 (f)

                             *Counsel for Plaintiffs Intra-National Home Care, LLC, et al. and Agewell Home Helpers, Inc.*